IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chris Braswell,<br><br>           Plaintiff,<br><br>   vs.<br><br>Cynthia Unger,<br><br>           Defendant. | CV 14-2574-TUC-JAS<br><br>**ORDER** |

Ex Parte Motion (Doc. 22) of the United States of America for a 45-Day Extension of Time and good cause appearing,

IT IS ORDERED, that the United States shall have until until and including June 11, 2015 to intervene in the above-captioned action or to notify the Court that it declines to do so. All other deadlines in this case remain in effect.

Dated this 13th day of March, 2015.

Honorable James A. Soto
United States District Judge